1  Scott J. Sagaria (SBN 217981)
   Elliot W. Gale (SBN 263326)
2  Joe Angelo (SBN 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Pl., 5th Floor
   San Jose, CA 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 297-2299
5
   Attorneys for Plaintiff
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 COLBI TROESTER-MILLER,            Case No.: 3:17-cv-00423-EMC

12         Plaintiff,

13    v.                              **STIPULATION FOR DISMISSAL OF
                                      DEFENDANT EXPERIAN
14 EXPERIAN INFORMATION SOLUTIONS,    INFORMATION SOLUTIONS, INC.;
   INC., et al,                       [PROPOSED] ORDER**
15
           Defendants.
16

17

18

19      **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

20      IT IS HEREBY STIPULATED by and between plaintiff Colbi Troester-Miller and

21 defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be

22 dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule

23 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

24 //

25 //

26 //

27 //

28 //

| | |
|---|---|
| DATED: May 2, 2017 | **Sagaria Law, P.C.** |
| | By:  */s/ Elliot Gale* |
| | Elliot Gale |
| | Attorney for Plaintiff Colbi Troester-Miller |

| | |
|---|---|
| DATED: May 2, 2017 | **Jones Day** |
| | By:  */s/ Benjamin Chung Lee* |
| | Benjamin Chung Lee |
| | Attorney for Defendant Experian Information Solutions, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 5/3/17

IT IS SO ORDERED

Judge Edward M. Chen

Hon.
UNITED STATES DISTRICT JUDGE