1 | Scott J. Sagaria (SBN 217981)
2 | Elliot W. Gale (SBN 263326)
  | Joe Angelo (SBN 268542)
3 | SAGARIA LAW, P.C.
  | 2033 Gateway Pl., 5th Floor
4 | San Jose, CA 95110
  | Telephone: (408) 279-2288
5 | Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| COLBI TROESTER-MILLER, | Case No.: 3:17-cv-00423-EMC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al, | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Colbi Troester-Miller and defendant Wells Fargo Bank, N.A. that Wells Fargo Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER -1-

| | |
|---|---|
| DATED: May 2, 2017 | **Sagaria Law, P.C.** |
| | By: _/s/ Elliot Gale_ |
| | Elliot Gale |
| | Attorney for Plaintiff Colbi Troester-Miller |
| | |
| DATED: May 2, 2017 | **Severson & Werson, APC** |
| | By: _/s/ Alisa Alexandra Givental_ |
| | Alisa Alexandra Givental |
| | Attorney for Defendant Wells Fargo Bank, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Alexandra Givental has concurred in this filing.

_/s/ Elliot Gale_

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 5/3/17

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT JUDGE