1  Scott J. Sagaria (SBN 217981)
   Elliot W. Gale (SBN 263326)
2  Joe Angelo (SBN 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Pl., 5th Floor
   San Jose, CA 95110
4  Telephone:  (408) 279-2288
   Facsimile:  (408) 297-2299
5
   Attorneys for Plaintiff
6
7
8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| COLBI TROESTER-MILLER,  Plaintiff,  v.  EXPERIAN INFORMATION SOLUTIONS, INC., et al,  Defendants. | Case No.: 3:17-cv-00423-EMC  **STIPULATION FOR DISMISSAL OF DEFENDANT TD BANK USA, NATIONAL ASSOCIATION; [PROPOSED] ORDER** |

19     **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

20     IT IS HEREBY STIPULATED by and between plaintiff Colbi Troester-Miller and
21  defendant TD Bank USA, National Association that TD Bank USA, National Association be
22  dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule
23  41(a)(2), and that each party shall bear its own attorneys' fees and costs.
24  //
25  //
26  //
27  //
28  //

STIPULATION FOR DISMISSAL OF DEFENDANT TD BANK USA, NATIONAL ASSOCIATION;
[PROPOSED] ORDER -1-

DATED: May 2, 2017 **Sagaria Law, P.C.**

By: */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Colbi Troester-Miller

DATED: May 2, 2017 **Dykema Gossett, PLLC**

By: */s/ Brian Ross Melendez*
Brian Ross Melendez
Attorney for Defendant TD Bank USA,
National Association

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Brian Ross Melendez has concurred in this filing.

*/s/ Elliot Gale*

# [PR~~OP~~OSED] ORDER

Pursuant to the stipulation of the Parties, TD Bank USA, National Association is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 5/3/17

IT IS SO ORDERED
Judge Edward M. Chen

Edward M. Chen
UNITED STATES DISTRICT JUDGE